TOLEDO BAR ASSOCIATION *v.* REED.

[Cite as Toledo Bar Assn. *v.* Reed (1990), 53 Ohio St. 3d 8.]

(No. 90-401—Submitted April 11, 1990—Decided August 1, 1990.)

*Teckla H. Meister* and *Edward J. McCormick, Jr.,* for relator.

*Michael D. Reed, Sr., pro se.*

*Per Curiam.* We concur in the board's findings of misconduct and recommendation. Respondent is therefore publicly reprimanded for having violated DR 9-102(A) and 9-102(B)(1) and (3). Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.